D. CHRIS ALBRIGHT, ESQ., #004904
WILLIAM H. STODDARD, JR., ESQ., #008679
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel:  (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Plaintiff/Counterdefendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SERAPH CONSULTING, INC., a Nevada corporation,<br><br>             Plaintiff,<br>v.<br><br>SMP DEUTSCHLAND GmbH, a Germany business entity; and SMP AUTOMOTIVE SYSTEMS ALABAMA, INC., a Delaware corporation,<br><br>             Defendants.<br>―――――――――――――――――<br>SMP DEUTSCHLAND GmbH, a Germany business entity, and SMP AUTOMOTIVE SYSTEMS ALABAMA, INC., a Delaware corporation,<br><br>             Counterclaimants,<br>v.<br><br>SERAPH CONSULTING, INC., a Nevada corporation,<br><br>             Counterdefendant. | CASE NO.:   2:19-cv-02201-RFB-NJK<br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for SERAPH CONSULTING, INC., a Nevada corporation ("Plaintiff"); and the undersigned counsel of record for Defendants/Counterclaimants, SMP DEUTSCHLAND GmbH, and SMP AUTOMOTIVE SYSTEMS ALABAMA, INC. ("Defendants"), as follows:

1. The Plaintiff's claims against Defendants, and the Defendants' Counterclaims against the Plaintiff, shall be and the same are hereby dismissed, without prejudice.

2. Neither party shall be entitled to any award of costs or fees to be entered in this Case No. 2:19-cv-02201-RFB-NJK as a result of this dismissal; but the prevailing party

in any future suit shall not be prevented by this Stipulation and Order, from seeking, as part of any award of costs or fees awarded at the conclusion of that future suit, its costs and fees incurred in this Case, on any grounds which exist to pursue the same.

3. Both parties and their counsel agree to participate in the mediation currently scheduled for June 15, 2020, or such other date to which the parties agree, with JAMS, mediator Phillip M. Pro, notwithstanding the dismissal of this suit, by and through the attendance of their principals or others with full settlement authority, together with counsel.

4. All statutes of limitations and repose governing Plaintiff's claims in this action and any defenses thereto are hereby tolled, *nunc pro tunc* as of the date this suit was filed, namely December 20, 2019; and all statutes of limitations and repose governing Defendants' Counterclaims in this action and any defenses thereto are hereby tolled, *nunc pro tunc* as of the date Defendants' Counterclaims were filed, namely January 14, 2020. Such tolling shall expire on the sooner of (a) ten (10) days after unsuccessful conclusion of the mediation described above, or (b) 120 days from the date of the Court's order on this stipulation. The parties may extend the tolling period by written agreement, signed by representatives of both parties. None of the time or days during the tolling period, including any extensions, shall count toward any statutes of limitations or repose (or other time bar defenses) applicable to (a) Plaintiff's claims in this action or any defenses thereto or (b) Defendants' counterclaims in this action or any defenses thereto.

5. During the tolling period, Plaintiff shall not institute any suit or other proceeding against either or both Defendants involving substantially the same claims asserted in this action; and neither Defendant shall institute any suit or proceeding against Plaintiff involving substantially the same claims asserted in their counterclaim in this action.

6. The undersigned current counsel for the Defendants shall accept service on behalf of the Defendants named herein of any new suit filed by the Plaintiff involving substantially the same claims asserted in this action

Bodman_16714157_2

7. Both parties waive their right, pursuant to FRCP 41(d), to seek the costs incurred in this suit (Case No. 2:19-cv-02201-RFB-NJK), as a prerequisite to maintaining any subsequent new suit filed by either party hereafter, but such costs may only be pursued by the prevailing party in any such subsequent suit, upon the final adjudication thereof, and solely if and to the extent of any authority existing for such an award, if any, at that time, exclusive of FRCP 41(d).

8. Both parties waive the right to hereafter aver that this present suit (Case No. 2:19-cv-02201-RFB-NJK) including either the claims or the counterclaims asserted herein, shall be treated as having been voluntarily dismissed, for purposes of the two dismissal rule of FRCP 41(a)(1)(B), or any other similar rule of civil procedure which might apply to any future suits brought hereafter, and both parties stipulate that this dismissal shall not count as one dismissal for purposes of any such two-dismissal rule.

DATED this 30th day of April, 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

/s/ D. Chris Albright
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
WILLIAM H. STODDARD, JR., ESQ.
Nevada Bar No. 008679
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel: 702.384.7111 / Fax: 702.384.0605
dca@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Plaintiff/Counterdefendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

DATED this 30th day of April, 2020.

**BODMAN PLC**

/s/ Jeffrey G. Raphelson
JEFFREY G. RAPHELSON, ESQ. (Pro hac vice)
ERICA J. SHELL, ESQ. (Pro hac vice)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: 313.259.7777 / Fax: 313.393.7579
jraphelson@bodmanlaw.com
eshell@bodmanlaw.com
*Attorneys for Defendants/Counterclaimants*

JAMES J. PISANELLI, ESQ., #4027
DEBRA L. SPINELLI, ESQ., #9695
DUSTUN H. HOLMES, ESQ., #12776
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100 / Fax: 702.214.2101
jjp@pisanellibice.com
dls@pisanellibice.com
dhh@pisanellibice.com

Bodman_16714157_2

**ORDER**

**IT IS SO ORDERED** this ____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Bodman_16714157_2